THIRD DEPARTMENT, OCTOBER, 1970

(October 1, 1970)

In the Matter of WILLIAM R. MIDDLEBROOK et al., Appellants, v. CONSTANCE K. RILEY, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.
In the Matter of JOSEPH F. PERICONI, Appellant, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.—

746

Herlihy, P. J., Aulisi, Staley, Jr., Cooke, and Sweeney, JJ., concur.